UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE

Troy C Ontko                                    Case No. 18-51289
                                                Chapter 7

          **Debtor**

_____/

ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

PLEASE ENTER my appearance as co-counsel for the Debtor in this case.

Dated: August 14, 2018

/s/ Tricia Stewart Terry
MARRS & TERRY, PLLC
Attorneys for Debtors
Tricia Stewart Terry (P59522)
6553 Jackson Rd
Ann Arbor, Michigan 48103
(734) 663-0555
TTerry@marrsterry.com