UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:　　　　　　　　　　　　　In Bankruptcy:

**TROY ONTKO**　　　　　　　　　　　　　Case No. 18-51289-mbm
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtor.　　　　　　　　　　　　Hon. Marci B. McIvor

---

**ORDER DIRECTING DEBTOR TO
PRODUCE CERTAIN RECORDS AND TO APPEAR FOR
EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004**

**THIS MATTER** having come before the Court upon stipulation of the Trustee and Debtor, by and through their respective attorneys, upon review of the stipulation and the Court being fully advised of the premises,

**IT IS HEREBY ORDERED** that Debtor shall appear at the office of Trustee's counsel at 645 Griswold, Suite 3900, Detroit Michigan, on October 22, 2018, 10:00 AM EST for examination by Trustee's counsel.

**IT IS FURTHER ORDERED** that the Debtor shall produce to Trustee's counsel either by mail, fax to (313) 438-4372 or by email to david@detlegal.com, by October 15, 2018 at the latest, to the extent not already turned over, and to the extent in the Debtor's possession or reasonably obtainable, the following documents and items:

　　1.　Records and documents for any and all current and prior businesses and property (real, personal, intellectual, or otherwise) for which

Debtor holds or held and interest in, directly or indirectly, including but not limited to: documents which reflect assets, liabilities, gross receipts, and expenses; formation documents (such as membership and/or management agreements); 2016, 2017 and 2018 year to date balance sheets; profit/loss statements; tax returns; bank account records; check registers; general ledgers; recorded deeds; recorded mortgages (or other recorded security agreements); appraisals; most recent mortgage/lien payoff statements; most recent tax assessment statements; real property insurance statements (currently or previously held, including any riders); titles; current loan statements; disposition (including date of seizure, if applicable) of vehicles; and any other documents evidencing the disposition of the property for the period January 1, 2012 to date.

2. Said businesses shall expressly include but not be limited to:

   a. TCO Farm Maintenance, LLC;

   b. TCO Management, LLC;

   c. TCO Enterprises, Inc.;

   d. Skipstone, LLC;

   e. Rebatemanagement, LLC;

   f. Greek Church Condominiums, LLC;

   g. Gallery Park Drive, LLC;

   h. Downtown A2 Properties, LLC;

   i. 3000 Saginaw, LLC;

   j. 500 East Michigan, LLC;

   k. 8059 Main Street, LLC;

   l. Automotive Information Systems, Inc.;

   m. 303 S. Ashley, LLC; and

   n. Beer Grotto, LLC.

3. Said real property shall expressly include but not be limited to:

a. 8997 Pleasant Lake Rd, Ann Arbor, MI 48103;

b. 9140 Textile Rd, Ann Arbor, MI 48103;

c. 6441 Outer Dr, Presque Isle, MI 49777-8614;

d. Parcel D, Presque Isle, MI

e. (Parcel ID: 122-027-000-027-00);

f. 508 N Ashley St, Ann Arbor, MI 48103-3310

g. (Parcel Number: 09-09-29-138-007);

h. 508 N Ashley St Unit 2, Ann Arbor, MI 48103-3310

i. (Parcel Number: 09-09-29-138-028);

j. 506 N Ashley St, Ann Arbor, MI 48103-3394;

k. 11968 Elmdale Dr, Manchester, MI 48158-9708

l. (Parcel Number: N-14-21-160-006);

m. 11948 Elmdale Dr, Manchester, MI 48158-9708

n. (Parcel Number: N-14-21-160-005) (Sold to "Kirsten Sell" 10/2017);

o. 5538 Gallery Park Dr, Ann Arbor, MI 48103-5054 (Sold to "Ronald Burkman" 8/2017);

p. 5507 Gallery Park Dr, Ann Arbor, MI 48103-5055 (Sold to "Martin, Nora & Lee" 10/2015);

q. 11372 Hieber Rd, Manchester, MI 48158-9801 (Sold 2/2016 to "Dettling, Barry A & Lizabeth A");

r. 1331 Langram Rd; PO Box 507, Put In Bay, OH 43456;

s. 648 Vineyard Circle, Port Clinton, OH 43452; and

t. 2531 Jackson Road, Suite 351, Ann Arbor, Michigan 48103.

4. Said personal property shall include but not be limited to:

a. 2013 Ford Raptor F150;

b. 2014 Ford Flex;
    c. 2013 Hasca Motor Home;
    d. 2013 Ford Mustang;
    e. 2009 Pursuit Watercraft;
    f. 2005 Playbuoy Watercraft;
    g. 1996 Yamaha Watercraft;
    h. John Deere 4320 tractor;
    i. 2013 Gator; and
    j. GMC 2500;

5. Copies of any and all monthly financial account records, including but not limited to: statements, check registers, cancelled checks and general ledgers for all accounts in which the Debtor and/or Lisa Ontko had an interest for the period of January 1, 2012 to date, including all accounts held in the Debtor's or Lisa Ontko's name, held jointly, and any account the Debtor merely used or had access to (including any closed accounts);

6. All records, including but not limited to appraisals, contracts, agreements, deeds, mortgages, promissory notes, payoff statements, closing packages, conveyances, memoranda, HUD-1 statements, and negotiable instruments, etc., evidencing the property transfers described under Question 18 of Debtor's Amended Statement of Financial Affairs ("SOFA")(Doc # 17 p. 18-19);

7. Accounting of the disposition of proceeds received, directly or indirectly, by Debtor in exchange for the transfers referenced in the preceding paragraph;

8. Accounting and any other documentary evidence relating to the receipt and disposition of the lottery winnings of $110,000 described under Question 5 of Debtor's SOFA;

9. Accounting and any other documentary evidence relating to the receipt and disposition of proceeds from the 2013 sale of Automotive Information Systems, Inc. (hereinafter referred to as "AIS, Inc.");

10. Identification of the nature of relationship with and contact information, including address, telephone number, and email address, for the following (or their legal counsel, if applicable):

    a. Lisa Ontko

    b. William Rowan (nature of relationship only)

    c. Lonnie L. Loy (nature of relationship only)

    d. Cynthia Brown

    e. Maria Nicoladis

    f. Christina Lacplesis

    g. Arlene White

    h. Greg Zarazanski

    i. Kristen Sell

    j. Shane Brown

    k. Kelli Meeks

    l. Ronald T. Burkman

    m. Barry A. Dettling

    n. Lizabeth A. Dettling

    o. Nora Martin

    p. Lee Martin

    q. Christine L. Ontko

    r. Charles M. Ontko

    s. Marcia Lee

11. Accounting of any real or personal property transfers to or from the parties listed in the previous paragraph, whether directly or indirectly, valued equal to or greater than $600 from January 1, 2012 to date;

12. Accounting of money paid to Debtor's 3 children and Lisa Ontko from the proceeds of the sale of AIS, Inc., including nature of payments and

evidence of any accounts otherwise maintained for their benefit;

13. Any and all applications for credit furnished by the Debtor and/or Lisa Ontko during the period of January 1, 2012 to date;

14. Any and all personal financial statements furnished by the Debtor and/or Lisa Ontko during the period January 1, 2012 to date;

15. Complaint and Judgment against Debtor by David Ernst and any other related legal documents including pleadings, etc;

16. Proof of income, including income tax returns (federal and state), IRS Form W-2's, 1099's, K-1's, pay advices, and/or any other documents tending to evidence Debtor's income from January 1, 2012 to date;

17. Accounting of proceeds of gold coin sale to Chelsea, MI business entity and identification and contact information for the buyer;

18. Identification and itemization of all household goods and furnishings, electronics, jewelry, and any other personal property located at 8997 Pleasant Lake Rd., Ann Arbor, MI 48103;

19. Itemization and accounting for all payments made by Debtor and/or Lisa Ontko from August 14, 2017 through Debtor's petition date on account of antecedent debts;

20. Documentation concerning any and all payments made by the Debtor outside the ordinary course of business from January 1, 2012 to date; and

21. Documentation concerning any and all of Debtor's alleged counterclaim(s) against Rowan Loy, LLC.

22.
23. **Signed on October 04, 2018**

/s/ Marci B. McIvor

24.

Marci B. McIvor
United States Bankruptcy Judge