# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

In Re:

**Troy Ontko,**

Chapter 7
Case No. **18-51289-mbm**
Hon. Marci B McIvor

**Debtor**

## ORDER TO EXTEND DEADLINE FOR FILING OBJECTIONS TO DISCHARGE OR DISCHARGEABILITY

The Debtor, the Trustee, and Creditor Rowan Loy LLC having stipulated, It is hereby ordered, pursuant to Bankruptcy Rule 4004(b)(1), that the deadline for the Trustee, the United States Trustee, or Rowan Loy LLC to file an Adversary Complaint pursuant to 11 USC 523 or 727 objecting to the Debtor receiving a Discharge or to the Dischargeability of a debt in this matter is extended up to and including December 31, 2018.

**Signed on October 30, 2018**



/s/ Marci B. McIvor
_____
Marci B. McIvor
United States Bankruptcy Judge