UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

**Troy Ontko**                       Case No. 18-51289-mlo
                                             Chapter 7
            Debtor(s).               Hon. Maria L. Oxholm
_____/

**STIPULATION TO ENTRY OF ORDER EXTENDING TRUSTEE'S
AND U.S. TRUSTEE'S DEADLINE TO OBJECT TO DISCHARGE**

Timothy J. Miller, Trustee and Troy Ontko, Debtor, by and through their undersigned counsel, hereby stipulate and agree to entry of an order extending the Trustee's and the United States Trustee's deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 in the form attached hereto as **Exhibit A**.

**AGREED:**

                                       OSIPOV BIGELMAN, P.C.

Dated: September 30, 2020     By:     /s/ David P. Miller
                                                       DAVID P. MILLER (P79111)
                                                       JEFFREY H. BIGELMAN (P61755)
                                                       Attorneys for Timothy J. Miller, Trustee
                                                       20700 Civic Center Drive, Suite 420
                                                       Southfield, MI 48076
                                                       Tel: 248-663-1800 / Fax: 248-663-1801
                                                       dm@osbig.com / jhb@osbig.com


                                       CONTILEGAL

Dated: September 30, 2020     By:     /s/ Guy Conti
                                                       GUY CONTI (P68889)
                                                       Attorneys for Troy Ontko, Debtor
                                                       2045 Hogback Rd
                                                       Ann Arbor, MI 48105-9732
                                                       Tel: (888) 489-3232/ Fax:
                                                       gconti@contilegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

**Troy Ontko**  Case No. 18-51289-mlo
 Chapter 7
Debtor(s). Hon. Maria L. Oxholm
_____/

### ORDER EXTENDING TRUSTEE'S AND U.S. TRUSTEE'S DEADLINE TO OBJECT TO DISCHARGE

THIS MATTER came before the Court upon stipulation by and between Timothy J. Miller, Trustee and Troy Ontko, Debtor, by and through their respective counsel.

The Debtor's discharge under 11 U.S.C. § 727 was denied by virtue of this Court's Order authorizing Debtor and Creditor Rowan Loy, LLC to compromise the related Adversary Proceeding (19-04240-mlo), and the Judgment of No Discharge and Other Relief (Docket No. 248) entered in this case.

The Court, finding that good cause exists to extend the 11 U.S.C. § 727 deadline as to the Trustee and U.S. Trustee, in order to preserve the Trustee and U.S. Trustee's rights under 11 U.S.C. § 727 in the event the Debtor and Creditor's settlement is appealed, and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED** that the Trustee's and United States Trustee's deadline to file objections to Debtor's discharge under 11 U.S.C. § 727 shall be extended through and including October 30, 2020.

# EXHIBIT A