**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

**In Re:**

**Troy Ontko,**

**Debtor;**

Chapter 7
Case No. **18-51289-mlo**
Hon. Maria L. Oxholm

OBJECTION TO CLAIM OF STATE OF MICHIGAN

Rowan Loy LLC ("RL"), through its attorney, David J. Hutchinson, objects to the Proof of Claim filed by the State of Michigan, as follows:

1. In its Proof of Claim, the State acknowledged that no Tax Return had been filed by Mr. Ontko for 2017, but made an estimated Claim of $4,538 (plus interest).
2. In addition, the State listed a number of amounts due from entities other than Mr. Ontko, apparently claiming that he is responsible for these amounts.
3. No explanation was given for how these amounts were calculated.
4. In an attempt to determine the validity of this Claim, RL asked Mr. Ontko in depositions several times about his income for those years, and all he said he received was a one time lottery prize of $110,000. This information is consistent with his Statement of Financial Affairs filed in this case (copy attached).

5. Recently, Mr. Ontko provided the Trustee with IRS Transcripts of these years, and they were obtained by RL from the Trustee (attached).

6. While these Transcripts show some additional information, including the fact that a significant amount was withheld for federal taxes, and, presumably, another significant amount was withheld for state taxes, there is no explanation of how that information led to the Claim filed by the State.

7. For that reason, RL contacted the State to request an explanation. The State indicated that, because RL is not Mr. Ontko, it could not provide any further explanation.

8. Because of this, a formal objection has become necessary.

    For the above reasons, RL respectfully objects to the Claim of the State of Michigan unless it can explain why that Claim is legitimate.

Dated: April 19, 2022

/s/ David J. Hutchinson
Attorney For Rowan Loy LLC
3068 Bluett Rd.
Ann Arbor, MI  48105
(734) 930-9000
dave@davehutchinsonlaw.com
P27114

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

**In Re:**

**Troy Ontko,**

**Debtor;**

Chapter 7
Case No. **18-51289-mlo**
Hon. Maria L. Oxholm

ORDER DENYING CLAIM OF MICHIGAN DEPARTMENT OF TREASURY

The Court having heard the objection to the Claim filed by the Michigan Department of Treasury, and being fully advised, that claim (Claim No. 8 in this case) is hereby denied.

Exhibit 1

Revised
12/1/2016

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**In re: Troy Ontko** **Chapter: 7 Proceeding**

**Case No.: 18-51289**

**Judge: Maria L. Oxholm**

**Michigan Department of Treasury**
**Bankruptcy Unit**
**PO Box 30168**
**Lansing, MI 48909**

Last four digits of Social Security or
Employer's Tax Identification (EIN) No(s).(if any): __1905_________

**NOTICE OF OBJECTION TO CLAIM**

Rowan Loy LLC has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to disallow or change your claim, then on or before May 19, 2022 , you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

**U.S. Bankruptcy Court,** 211 W. Fort St. Detroit, MI 48226.

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Troy Ontko, Debtor, 2197 Rauch Rd., Temperance, MI 48182
Timothy Miller, Trustee, 64541 Van Dyke, Suite 101, Washington, MI 48095
David Miller, 20700 Civic Center Drive Suite 420, Southfield, MI 48076
David J. Hutchinson, 3068 Bluett Rd., Ann Arbor, MI 48105

2. Attend the hearing on the objection, scheduled to be held on May 26, 2022 at 10:00 a.m. in Courtroom1875, United States Bankruptcy Court, 211 W. Fort St. Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Date: April 19, 2022

/s/ David J.
Hutchinson Attorney
For Rowan Loy LLC
3068 Bluett Rd.
Ann Arbor, MI 48105
(734) 930-9000
dave@davehutchinsonlaw.com
P27114

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)**

**In Re:**

**Troy Ontko,**

**Debtor;**

Chapter 7
Case No. **18-51289-mlo**
Hon. Maria L. Oxholm

PROOF OF SERVICE

Rowan Loy LLC's Objection to Claim of Michigan Department of Treasury and Notice of Hearing was served by CM/ecf on all Parties having requested notice and was sent by first class mail to Michigan Department of Treasury Bankruptcy Unit PO Box 30168Lansing, MI 48909 and to Timothy Miller, Trustee, 64541 Van Dyke, Suite 101, Washington, MI 48095, and to David Miller, 20700 Civic Center Drive Suite 420, Southfield, MI 48076, and

to Troy Ontko at 2197 Rauch Rd., Temperance, MI 48182 on the date set out below.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2022

/s/ David J. Hutchinson
Attorney For Rowan Loy LLC
3068 Bluett Rd.
Ann Arbor, MI 48105
(734) 930-9000
dave@davehutchinsonlaw.com
P27114

Exhibit 4

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Troy C. Ontko<br>First Name | Middle Name | Last Name |
| Debtor 2<br>(Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN, DETROIT DIVISION | | |
| Case number<br>(if known) | | | |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

■ Married
☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

Exhibit 6

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1 Ontko, Troy C. Case number (if known)

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>**Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | Debtor 2<br>**Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **For the calendar year before that: (January 1 to December 31, 2017 )** | **Lottery win** | **$110,000.00** | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications,

Official Form 107 Statement of Financial Affairs for Individuals Filing for Bankruptcy page 2

Software Copyright (c) 2019 CINGroup - www.cincompass.com

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 12-20-2021
Response Date: 12-20-2021
Tracking Number: 101419031920

Wage and Income Transcript

SSN Provided: XXX-XX-1905
Tax Period Requested: December, 2016

Schedule K-1 1065

Partnership:
Partnership's Employer Identification Number:XXXXX2741
BOMB
90 S C

Partner:
Partner's Identifying Number:XXX-XX-1905
TRO C ONTK
251 JA

Submission Type:............................................Original document
Partner Share of Capital Beginning:.....................................25.3%
Partner Share of Capital Ending:...........................................0%
IRA SEP KEOGH Indicator:..................................Box is not checked
Dividends:..............................................................$0.00
Interest:...............................................................$0.00
Royalties:..............................................................$0.00
Ordinary Income K-1:....................................................$0.00
Real Estate:............................................................$0.00
Other Rental:...........................................................$0.00
Guaranteed Payments:....................................................$0.00
Section 179 Expenses:...................................................$0.00
Short Term Capital Gain:................................................$0.00
Long Term Capital Gain:.................................................$0.00

Schedule K-1 1065

Partnership:
Partnership's Employer Identification Number:XXXXX1215
DOWN
2531 J

Partner:
Partner's Identifying Number:XXX-XX-1905
TRO ONTK
2531 J

Submission Type:............................................Original document
Partner Share of Capital Beginning:......................................0.5%
Partner Share of Capital Ending:...........................................0%
IRA SEP KEOGH Indicator:..................................Box is not checked
Dividends:..............................................................$0.00
Interest:...............................................................$0.00
Royalties:..............................................................$0.00
Ordinary Income K-1:.................................................-$6,075.00
Real Estate:............................................................$0.00
Other Rental:...........................................................$0.00
Guaranteed Payments:....................................................$0.00
Section 179 Expenses:...................................................$0.00
Short Term Capital Gain:................................................$0.00
Long Term Capital Gain:.................................................$0.00

Schedule K-1 1120S Shareholder's Share of Income, Credits, Deductions, etc.

Corporation:
Corporation's Employer Identification Number:XXXXX3284
WRIG
220 MA

Shareholder:
Shareholder's Identifying Number:XXX-XX-1905
TRO ONTK
2531 J

Submission Type:............................................Original document
Dividends:..............................................................$0.00
Interest:...............................................................$0.00
Royalties:..............................................................$0.00
Ordinary Income K-1:...................................................-$386.00
Real Estate:............................................................$0.00
Other Rental:...........................................................$0.00
Section 179 Expenses:...................................................$0.00
Short Term Capital Gain:................................................$0.00

```
Long Term Capital Gain:.................................................$0.00
Credits:................................................................$0.00
Credits Code 1:.................................................Insignificant
Credits Code 2:.................................................Insignificant
Shareholder's Percentage of Stock:........................................25%
```

Form 1098 Mortgage Interest Statement

```
Recipient/Lender:
 Recipient's Federal Identification Number (FIN):XXXXX1646
 COME
 39200

Payer/Borrower:
 Payer's Social Security Number:XXX-XX-1905
 TRO C ONTK
 2531 J

Submission Type:............................................Original document
Account Number (Optional):................................XXXXXXXXXXXXXXXX0034
Mortgage Interest Received from Payer(s)/Borrower(s):...............$10,445.00
Points Paid on Purchase of Principal Residence:.........................$0.00
Refund of Overpaid Interest:............................................$0.00
Mortgage Insurance Premiums:............................................$0.00
Outstanding Mortgage Principle:...................................$245,959.00
Mortgage Origination Date:.........................................04-30-2015
Property Address Verification:...............................................
Address of property securing Mortgage:.................................5538 G
Description of Property:................................................DRIVE
Other information from recipient:............................................
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0134
 MICH
 7285 P

Recipient:
 Recipient's Identification Number:XXX-XX-1905
 ONTK TRO C & LIS E
 2531 J
Submission Type:............................................Original document
Account Number (Optional):.............................................XXX5866
ATAA Payments:..........................................................$0.00
Tax Withheld:...........................................................$0.00
Taxable Grants:.........................................................$0.00
Unemployment Compensation:..............................................$0.00
Agricultural Subsidies:.................................................$0.00
Prior Year Refund:....................................................$890.00
Market gain on Commodity Credit Corporation loans repaid:...............$0.00
Year of Refund:..........................................................2013
1099G Offset:.............Not Refund, Credit, or Offset for Trade or Business
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0134
 MICH
 7285 P

Recipient:
 Recipient's Identification Number:XXX-XX-1905
 ONTK TRO C & LIS E
 2531 J
Submission Type:............................................Original document
Account Number (Optional):.............................................XXX8824
ATAA Payments:..........................................................$0.00
Tax Withheld:...........................................................$0.00
Taxable Grants:.........................................................$0.00
Unemployment Compensation:..............................................$0.00
Agricultural Subsidies:.................................................$0.00
Prior Year Refund:..................................................$62,729.00
Market gain on Commodity Credit Corporation loans repaid:...............$0.00
Year of Refund:..........................................................2014
1099G Offset:.............Not Refund, Credit, or Offset for Trade or Business
```

Form 1099-G

```
Payer:
 Payer's Federal Identification Number (FIN):XXXXX0134
 MICH
 7285 P

Recipient:
 Recipient's Identification Number:XXX-XX-1905
 ONTK TRO C & LIS E
 2531 J
Submission Type:............................................Original document
Account Number (Optional):.............................................XXX7157
ATAA Payments:..........................................................$0.00
Tax Withheld:...........................................................$0.00
Taxable Grants:.........................................................$0.00
```

Unemployment Compensation:...............................................$0.00
Agricultural Subsidies:..................................................$0.00
Prior Year Refund:...................................................$12,480.00
Market gain on Commodity Credit Corporation loans repaid:................$0.00
Year of Refund:...........................................................2015
1099G Offset:..............Not Refund, Credit, or Offset for Trade or Business

Form 1099-DIV

Payer:
Payer's Federal Identification Number (FIN):XXXXX1729
PERS
ONE PE

Recipient:
Recipient's Identification Number:XXX-XX-1905
TRO C ONTK
2531 J

Submission Type:............................................Original document
Account Number (Optional):..........................................XXXXX1188
Tax Withheld:............................................................$0.00
Capital Gains:..........................................................$18.00
Non-Dividend Distribution:...............................................$0.00
Cash Liquidation Distribution:...........................................$0.00
Non-Cash Liquidation Distribution:.......................................$0.00
Investment Expense:......................................................$0.00
Ordinary Dividend:......................................................$13.00
Collectibles (28%) Gain:.................................................$0.00
Unrecaptured Section 1250 Gain:..........................................$0.00
Section 1202 Gain:.......................................................$0.00
Foreign Tax Paid:........................................................$0.00
Qualified Dividends:....................................................$12.00
Second Notice Indicator:...................................No Second Notice
FATCA Filing Requirement:................Box not checked no Filing Requirement
Exempt Interest Dividends:...............................................$0.00
Specified Private Activity Bond Interest Dividend:.......................$0.00

Form 1099-INT

Payer:
Payer's Federal Identification Number (FIN):XXXXX0134
MICH
7285 P

Recipient:
Recipient's Identification Number:XXX-XX-1905
ONTK TRO C & LIS E
2531 J

Submission Type:............................................Original document
Account Number (Optional):.............................................XXX7157
Interest:..............................................................$795.00
Tax Withheld:............................................................$0.00
Savings Bonds:...........................................................$0.00
Investment Expense:......................................................$0.00
Interest Forfeiture:.....................................................$0.00
Foreign Tax Paid:........................................................$0.00
Tax-Exempt Interest:.....................................................$0.00
Specified Private Activity Bond Interest:................................$0.00
Market Discount:.........................................................$0.00
Bond Premium:............................................................$0.00
Bond Premium on Tax Exempt Bond:.........................................$0.00
Bond Premium on Treasury Obligations:....................................$0.00
Second Notice Indicator:...................................No Second Notice
Foreign Country or US Possession:...........................................
CUSIP Number:...................................................XXXXXXXXX0000
FATCA Filing Requirement:................Box not checked no Filing Requirement

This Product Contains Sensitive Taxpayer Data

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 12-20-2021
Response Date: 12-20-2021
Tracking Number: 101419032288

Wage and Income Transcript

SSN Provided: XXX-XX-1905
Tax Period Requested: December, 2017

Form W-2G

Payer:
Payer's Federal Identification Number (FIN):XXXXX6283
BURE
PO BOX

Winner:
Winner's Taxpayer Identification Number (TIN):XXX-XX-1905
TRO ONTK
9140 W

Submission Type:.............................................Original document
Gross Winnings:...................................................$110,014.00
Federal Income Tax Withheld:.......................................$27,502.00
Type of Wager:.........................................................
Date Won:.........................................................05-26-2017
Winnings from Identical Wagers:.........................................$0.00

Form W-2G

Payer:
Payer's Federal Identification Number (FIN):XXXXX6283
BURE
PO BOX

Winner:
Winner's Taxpayer Identification Number (TIN):XXX-XX-1905
TRO ONTK
9140 W

Submission Type:.............................................Original document
Gross Winnings:.......................................................$750.00
Federal Income Tax Withheld:............................................$0.00
Type of Wager:...................................................State Lottery
Date Won:.........................................................10-28-2017
Winnings from Identical Wagers:.........................................$0.00

Schedule K-1 1065

Partnership:
Partnership's Employer Identification Number:XXXXX2741
BOMB
90 S C

Partner:
Partner's Identifying Number:XXX-XX-1905
TRO C ONTK
251 JA

Submission Type:.............................................Original document
Partner Share of Capital Beginning:........................................0%
Partner Share of Capital Ending:...........................................0%
IRA SEP KEOGH Indicator:..................................Box is not checked
Beginning Tax Period:..................................................201701
Ending Tax Period:.....................................................201712
Dividends:..............................................................$0.00
Interest:...............................................................$0.00
Royalties:..............................................................$0.00
Ordinary Income K-1:....................................................$0.00
Real Estate:............................................................$0.00
Other Rental:...........................................................$0.00
Guaranteed Payments:....................................................$0.00
Section 179 Expenses:...................................................$0.00
Short Term Capital Gain:................................................$0.00
Long Term Capital Gain:.................................................$0.00

Schedule K-1 1065

Partnership:
Partnership's Employer Identification Number:XXXXX2741
BOMB

90 S C

Partner:
Partner's Identifying Number:XXX-XX-1905
TRO C ONTK
251 JA

Submission Type: Original document
Partner Share of Capital Beginning: 0%
Partner Share of Capital Ending: 0%
IRA SEP KEOGH Indicator: Box is not checked
Beginning Tax Period: 201701
Ending Tax Period: 201712
Dividends: $0.00
Interest: $0.00
Royalties: $0.00
Ordinary Income K-1: $0.00
Real Estate: $0.00
Other Rental: $0.00
Guaranteed Payments: $0.00
Section 179 Expenses: $0.00
Short Term Capital Gain: $0.00
Long Term Capital Gain: $0.00

Schedule K-1 1065

Partnership:
Partnership's Employer Identification Number:XXXXX2741
BOMB
90 S C

Partner:
Partner's Identifying Number:XXX-XX-1905
TRO C ONTK
251 JA

Submission Type: Original document
Partner Share of Capital Beginning: 0%
Partner Share of Capital Ending: 0%
IRA SEP KEOGH Indicator: Box is not checked
Beginning Tax Period: 201701
Ending Tax Period: 201712
Dividends: $0.00
Interest: $0.00
Royalties: $0.00
Ordinary Income K-1: $0.00
Real Estate: $0.00
Other Rental: $0.00
Guaranteed Payments: $0.00
Section 179 Expenses: $0.00
Short Term Capital Gain: $0.00
Long Term Capital Gain: $0.00

Schedule K-1 1120S Shareholder's Share of Income, Credits, Deductions, etc.

Corporation:
Corporation's Employer Identification Number:XXXXX3284
WRIG
2679 N

Shareholder:
Shareholder's Identifying Number:XXX-XX-1905
TRO ONTK
2531 J

Submission Type: Original document
Dividends: $0.00
Interest: $0.00
Royalties: $0.00
Ordinary Income K-1: $0.00
Real Estate: $0.00
Other Rental: $0.00
Section 179 Expenses: $0.00
Short Term Capital Gain: $0.00
Long Term Capital Gain: $0.00
Credits: $0.00
Credits Code 1: Insignificant
Credits Code 2: Insignificant
Shareholder's Percentage of Stock: 25%
Beginning Tax Period: 201701
Ending Tax Period: 201712

Form 1099-S

Filer:
Filer's Federal Identification Number (FIN):XXXXX2139
STAT

Transferor:
Transferor's Identification Number:XXX-XX-1905
ONTK
11968

Submission Type: Original document
Account Number: XXX7771
Date of Closing: 10-11-2017

Gross Proceeds:....................................................$40,000.00
Buyer's Part of the Real Estate Tax:................................$1,061.00
Transfer Indicator:..........................Property or Services Not Received
Address or legal description:..........................................11968
Foreign Indicator:.........................................Transferor in US

## Form 1099-S

Filer:
Filer's Federal Identification Number (FIN):XXXXX2139
STAT

Transferor:
Transferor's Identification Number:XXX-XX-1905
ONTK
2531 J

Submission Type:...........................................Original document
Account Number:......................................................XXX7841
Date of Closing:..................................................10-24-2017
Gross Proceeds:....................................................$60,000.00
Buyer's Part of the Real Estate Tax:..................................$715.00
Transfer Indicator:..........................Property or Services Not Received
Address or legal description:..........................................11948
Foreign Indicator:.........................................Transferor in US

## Form 1099-S

Filer:
Filer's Federal Identification Number (FIN):XXXXX5610
ABSO
2875 W

Transferor:
Transferor's Identification Number:XXX-XX-1905
ONTK
2531 J

Submission Type:...........................................Original document
Account Number:........................................................X2785
Date of Closing:..................................................08-18-2017
Gross Proceeds:...................................................$368,300.00
Buyer's Part of the Real Estate Tax:................................$4,837.00
Transfer Indicator:..........................Property or Services Not Received
Address or legal description:.........................................5538 G
Foreign Indicator:.........................................Transferor in US

## Form 1099-B Proceeds From Broker and Barter Exchange Transactions

Payer:
Payer's Federal Identification Number (FIN):XXXXX1729
PERS
ONE PE

Recipient:
Recipient's Identification Number:XXX-XX-1905
TRO C ONTK
2531 J

Submission Type:...........................................Original document
Account Number:....................................................XXXXX1188
Date Sold or Disposed:............................................03-22-2017
CUSIP Number:......................................................XXXXX5108
Gross Proceeds:..................................................Net Proceeds
Bartering:..............................................................$0.00
Federal Income Tax Withheld:............................................$0.00
Proceeds:..............................................................$22.00
Aggregate Profit or (Loss):.............................................$0.00
Realized Profit or (Loss):..............................................$0.00
Unrealized Profit or (Loss) 12/31 Prior Year:...........................$0.00
Unrealized Profit or (Loss) 12/31 Current Year:.........................$0.00
Cost or Basis:.........................................................$18.00
Wash Sale Loss Disallowed:..............................................$0.00
Accrued Market Discount Amount:.........................................$0.00
Description:..........................................................0 AMCA
Second Notice Indicator:.....................................................
Date Acquired:....................................................07-02-2013
Noncovered Security Indicator:...............................Nothing checked
Type of Gain or Loss Code:..........................................Long-term
Applicable Check Box on Form 8949:
Long term transaction for which the cost or other basis is being reported to the IRS
Loss Not Allowed Indicator:..................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
Proceeds from Collectibles:......................Box not checked not reporting

## Form 1098 Mortgage Interest Statement

Recipient/Lender:
Recipient's Federal Identification Number (FIN):XXXXX1646
COME
39[illegible]0

Payer/Borrower:
Payer's Social Security Number:XXX-XX-1905
TRO C ONTK
2531 J

Submission Type:............................................Original document
Account Number (Optional):...............................XXXXXXXXXXXXXXXX0034
Mortgage Interest Received from Payer(s)/Borrower(s):................$8,402.00
Points Paid on Purchase of Principal Residence:.........................$0.00
Refund of Overpaid Interest:............................................$0.00
Mortgage Insurance Premiums:............................................$0.00
Outstanding Mortgage Principle:...................................$237,860.00
Mortgage Origination Date:.........................................04-30-2015
Property Address Verification:.................................................
Address of property securing Mortgage:.................................5538 G
Description of Property:................................................DRIVE
Other information from recipient:..............................................
The number of mortgaged properties:..............................000000000001

## Form 1098 Mortgage Interest Statement

Recipient/Lender:
Recipient's Federal Identification Number (FIN):XXXXX1646
COME
39200

Payer/Borrower:
Payer's Social Security Number:XXX-XX-1905
TRO C ONTK
2531 J

Submission Type:............................................Original document
Account Number (Optional):...............................XXXXXXXXXXXXXXXX0042
Mortgage Interest Received from Payer(s)/Borrower(s):..................$287.00
Points Paid on Purchase of Principal Residence:.........................$0.00
Refund of Overpaid Interest:............................................$0.00
Mortgage Insurance Premiums:............................................$0.00
Outstanding Mortgage Principle:.........................................$0.00
Mortgage Origination Date:.........................................03-17-2017
Property Address Verification:.................................................
Address of property securing Mortgage:.................................5538 G
Description of Property:................................................DRIVE
Other information from recipient:..............................................
The number of mortgaged properties:..............................000000000002

## Form 1099-DIV

Payer:
Payer's Federal Identification Number (FIN):XXXXX1729
PERS
ONE PE

Recipient:
Recipient's Identification Number:XXX-XX-1905
TRO C ONTK
2531 J

Submission Type:............................................Original document
Account Number (Optional):..........................................XXXXX1188
Tax Withheld:...........................................................$0.00
Capital Gains:.........................................................$35.00
Non-Dividend Distribution:..............................................$0.00
Cash Liquidation Distribution:..........................................$0.00
Non-Cash Liquidation Distribution:......................................$0.00
Investment Expense:.....................................................$0.00
Ordinary Dividend:.....................................................$13.00
Collectibles (28%) Gain:................................................$0.00
Unrecaptured Section 1250 Gain:.........................................$0.00
Section 1202 Gain:......................................................$0.00
Foreign Tax Paid:.......................................................$0.00
Qualified Dividends:...................................................$12.00
Second Notice Indicator:...................................No Second Notice
FATCA Filing Requirement:................Box not checked no Filing Requirement
Exempt Interest Dividends:..............................................$0.00
Specified Private Activity Bond Interest Dividend:......................$0.00

## Form 1099-INT

Payer:
Payer's Federal Identification Number (FIN):XXXXX8424
U S
1111 C

Recipient:
Recipient's Identification Number:XXX-XX-1905
TRO C & LIS E ONTK
2531 J

Submission Type:............................................Original document
Account Number (Optional):.....................................................
Interest:..........................................................$45,465.00
Tax Withheld:...........................................................$0.00
Savings Bonds:..........................................................$0.00
Investment Expense:.....................................................$0.00
Interest Forfeiture:....................................................$0.00
Foreign Tax Paid:.......................................................$0.00

```
Tax-Exempt Interest:......................................................$0.00
Specified Private Activity Bond Interest:.................................$0.00
Market Discount:..........................................................$0.00
Bond Premium:.............................................................$0.00
Bond Premium on Tax Exempt Bond:..........................................$0.00
Bond Premium on Treasury Obligations:.....................................$0.00
Second Notice Indicator:.....................................No Second Notice
Foreign Country or US Possession:...........................................
CUSIP Number:...............................................................
FATCA Filing Requirement:................Box not checked no Filing Requirement
```

This Product Contains Sensitive Taxpayer Data