UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

ONTKO, TROY

Case No. 18-51289-MLO
Chapter 7
Judge Maria L. Oxholm

Debtor(s)

CERTIFICATE OF DISTRIBUTION

Now comes Timothy J. Miller, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $967,455.64, and disbursed $795,380.55, leaving a balance on hand of $172,075.09, which funds are lodged in an account in Metropolitan Commercial Bank.

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

| | | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| Timothy J. Miller | Trustee Compensation (p/o 12/6/22) | 45,205.64 | 100.00 | 41,844.48 |
| Timothy J. Miller | Trustee Expenses (p/o 12/6/22) | 225.11 | 100.00 | 225.11 |
| U.S. BANKRUPTCY COURT | Clerk of the Court Costs | 7,000.00 | 100.00 | 7,000.00 |
| | Subtotals: | $52,430.75 | | $49,069.59 |

Priority Claims §507(a)(8) - Tax Claims

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|

1

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---:|---:|---:|
| 8P | Michigan Department of Treasury Bankruptcy Unit | 11,239.15 | 100.00 | 11,239.15 |
| | Subtotals: | $11,239.15 | | $11,239.15 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---:|---:|---:|
| 1 | Rowan Loy LLC | 2,890,885.20 | 2.62 | 75,702.49 |
| 2 | Capital One Bank (USA), N.A. | 4,745.96 | 2.62 | 124.28 |
| 3 | Loy, Hartley & Company | 99,406.28 | 2.62 | 2,603.11 |
| 4 | William Rowan | 16,577.19 | 2.62 | 434.10 |
| 5 | Sprint Corp Attention Bankruptcy | 2,648.13 | 2.62 | 69.35 |
| 6 | Comerica Bank Danielle Mason Anderson | 420,088.94 | 2.62 | 11,000.71 |
| 7 | Stadium District Partners, LLC John R. Fifarek | 831,153.33 | 2.62 | 21,765.09 |
| 8U | Michigan Department of Treasury Bankruptcy Unit | 2,566.93 | 2.62 | 67.22 |
| | Subtotals: | $4,268,071.96 | | $111,766.35 |
| | Total: | $4,331,741.86 | | $172,075.09 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: December 6, 2022

*/s/ Timothy J. Miller, Trustee*
Timothy J. Miller, Trustee (P36951)
64541 Van Dyke, Suite 101
Washington Township, MI 48095
(586) 281-3764
Miller7trustee@gmail.com